**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

---

| | | |
|---|---|---|
| PAUL RESCHKE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO:   3:05CV231 WRW |
| | * | |
| BALDWIN TRANSFER CO., INC., and | * | |
| KIMBERLY-CLARK CORPORATION | * | |
| | * | |
| Defendants. | * | |

---

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

---

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this case should therefore be dismissed, with prejudice, at the cost of Defendants (costs assessed will not include any discretionary costs, Defendants to pay only the costs of the Clerk with any other costs to be borne by Plaintiff).

Accordingly, this case is DISMISSED with prejudice, at the cost of the Defendants, (costs assessed will not include any discretionary costs, Defendants to pay only the costs of the Clerk with any other costs to be borne by Plaintiff) for which let execution issue, if needed.

IT IS SO ORDERED this 12th day of September, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


/s/ Phillip Wells
PHILLIP WELLS, AR #78161
Attorney for Paul Reschke
McDaniel Wells, P.A.
400 South Main
Jonesboro, Arkansas 72401
(Phone:  870-932-5950)
(Facsimile:  870-932-0919)
**pjwells@mcdanielandwells.com**


/s/ Carl Wyatt
CARL WYATT, TN D#12304
Attorney For Baldwin Transfer Co., Inc.
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, Tennessee  38103
(Phone:   901-527-4673)
(Fax:   901-527-5320)
(FILE:  #05-393Z)
**cwyatt@gewwlaw.com**


/s/ Richard Lusby
RICHARD LUSBY AR #78100
Attorney for Kimberly-Clark Corporation
Womack, Landis, Phelps, McNeill, & McDaniel
P.O. Box 3077
Jonesboro, Arkansas 72403
(Phone:  870-932-0900)
(Fax:  870-932-2553)
**rlusby@wlpmm-firm.com**